IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CV 16-109-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER VACATING STATUS CONFERNECE** |
| vs. | |
| TWO FIREARMS, | |
| Defendants. | |

Plaintiff United States has filed an Unopposed Motion to Vacate Status Conference. (Doc. 13.) On August 9, 2019 the United States voluntarily dismissed this action and the Clerk of Court closed the case. (Doc. 12.) Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and the status conference set in this matter for August 28, 2019 is VACATED.

**IT IS ORDERED.**

DATED this 9th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge